2-5-2015
66,195-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

*To: Abel Acosta-[Clerk] of Austin, Texas of Criminal Appeals————

Hello,- I am an inmate presently incarcerated in the TDCJ-Texas Department of Criminal Justice, and I am sending you this letter to ask that you will — please help me to get a Photocopy made of why exactly the Judge had found in his Summary of my last, and — only Appeal while I have been in TDCJ Prison; which was back in the Summer of 2007, on Wednesday — July 25, 2007- which in the SUMMARY (explaination) he will tell why I was wrongly [Not] given an appeal that day. *I need a PhotoCopy of that 2007 Appeal Denial — SUMMARY PAGE (made), plus (also) Mr Acosta, I do need SUMMARY Photo Copies (made) of my Trial Court Day Summary by the Dallas, Texas 282nd Court Judge — [Judge Green] *I need a Photocopy of her SUMMARY — After Trial SUMMARY Statement (made); and now sent to me of Why she too, wrongly had found me Guilty of my Murder 1 Charge, and 2 Aggravated Assaults. *Sir, also I do Need a Photocopy (made) of my Dallas, Texas - after Trial — Dallas, Texas Court of Criminal Appeals Denial by — the 3 Dallas, Texas - Court of Criminal Appeals Review- Trial.

*[Continued from Page1]: I only know of two of those 3 Judges (names); and their 2 Last Names are: Mosely and Richter. *Mr. Acosta, I would very much greatly appreciate your help - cooperation today, or as soon as possible; in making the SUMMARY - Judge's SUMMARY of their [both] Photocopies - of Court Trial - Guilty Finding, and for their wrongful Guilty Findings; at the Appeal - Reviews, because I need those Photocopies of SUMMARY Statements by the Judges; in order to help me in my writing of my next [updated] [11:07 - Writ of Habeas Corpus Appellit Brief]. *I am an Indigent [NO Money To Pay For Photocopies Inmate], and do need your Assistance in helping me to do so. I can not afford $1.00 per Photocopy. *Please do help me with - sending me those very Important Judge Statements - SUMMARIES - Photocopies. *Again, Mr. Acosta - I would greatly very much - appreciate all your quickest help in sending me all 3 of those Judges: Appellit Review Summary Statements, and Trial Summary Judge Statements, of just why, - I was wrongly found Guilty, when I should have received a Not Guilty Finding by the Judges. *Thank You

*My Adress] Scott Houchins #1474963
Bill Clements Unit - Ad Seg 12-E-2/cell
9601 Spur 591
Amarillo, Texas 79107-9606

- Scott Houchins